UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALLEN SHARONOFF,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | 1:19-cv-01635 JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner Kenneth Allen Sharonoff, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2244, ECF No. 1, and asks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, ECF No. 2.

Under 28 U.S.C. § 2241(d), when a petitioner is under the judgment and sentence of a state court, venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is being held in custody. Here, petitioner was convicted in the Superior Court of El Dorado County, in the Sacramento Division of the Eastern District of California. Petitioner is currently incarcerated in the Mule Creek State Prison, in the Sacramento Division of the Eastern District of California. Therefore, the proper venue for his habeas claim is the Sacramento Division of the Eastern District of California.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

1

court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Accordingly,

1. The case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California.

2. All future filings shall refer to the new case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 I St # 4200
> Sacramento, CA 95814

3. This court has not ruled on plaintiff's request to proceed *in forma pauperis*. ECF No. 2

IT IS SO ORDERED.

Dated: November 20, 2019

UNITED STATES MAGISTRATE JUDGE

No. 206.